**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SUMMER SEARS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1927** |
| **GERRY CVITANOVICH, ET AL.** | **SECTION "O"** |

**ORDER AND REASONS**

On September 12, 2025, Plaintiff Summer Sears ("Plaintiff") filed a complaint[1] for violation of civil rights (42 U.S.C. § 1983), wrongful death, and related state law claims against several defendants, including Dr. Charles E. Eckert ("Eckert"). Eckert filed a motion[2] to dismiss for failure to state a claim. Plaintiff, who is proceeding *pro se*, did not file an opposition to this motion. On February 20, 2026, Plaintiff moved[3] for leave to file a first amended complaint. No defendants filed an opposition, and this Court granted[4] Plaintiff's motion. On March 16, 2026, Plaintiff filed her first amended complaint,[5] which no longer names Eckert as a defendant.

Eckert then filed a motion[6] to dismiss because he is no longer a party to the lawsuit. Eckert brings this motion "out of an abundance of caution to the extent Plaintiff contends that any claims remain pending or are otherwise being asserted

---

[1] ECF No. 1.
[2] ECF No. 18.
[3] ECF No. 19.
[4] ECF No. 22.
[5] ECF No. 23.
[6] ECF No. 33.

against him."[7] Alternatively, Eckert contends that any remaining claims against him warrant dismissal under Federal Rule of Civil Procedure 12(b)(6).[8]

Under Federal Rule of Civil Procedure 15, "[a]n amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *Stewart v. City of Hou. Police Dep't*, 372 Fed. App'x 475, 478 (5th Cir. 2010) (quoting *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).

Here, Plaintiff's amended complaint[9] does not refer to, adopt, or incorporate her original complaint. Additionally, the amended complaint omits Eckert as a defendant entirely.

Accordingly,

**IT IS ORDERED** that Eckert's motion[10] to dismiss is **DENIED AS MOOT**. Based on Plaintiff's amended complaint,[11] Dr. Charles E. Eckert is dismissed from the lawsuit, and no claims remain pending against him.

New Orleans, Louisiana, this 9th day of November, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[7] *Id.*
[8] *Id.*
[9] ECF No. 23.
[10] ECF No. 33.
[11] ECF No. 23.