**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SUMMER SEARS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1927** |
| **GERRY CVITANOVICH, ET AL.** | **SECTION "O"** |

## ORDER AND REASONS

On September 12, 2025, Plaintiff Summer Sears ("Plaintiff") filed a complaint[1] for violation of civil rights (42 U.S.C. § 1983), wrongful death, and related state law claims against Defendants Dr. Gerry Cvitanovich ("Cvitanovich"), Dr. Charles E. Eckert, ("Eckert"), Dr. Charles Preston ("Preston"), Ochsner Medical Center – Kenner, L.L.C. ("Ochsner"), Dr. Susan Taylor ("Taylor"), Kenner Police Department ("KPD"), and Keith A. Conley ("Conley"). Defendants Conley, KPD, Ochsner, Cvitanovich, and Eckert filed motions[2] to dismiss for failure to state a claim. Plaintiff, who is proceeding *pro se*, did not file an opposition to those motions.

On February 20, 2026, Plaintiff moved[3] for leave to file a first amended complaint. Plaintiff sought to amend her complaint to substitute the City of Kenner in place of KPD, to remove Preston as a defendant, and to clarify certain claims. No defendants filed an opposition to Plaintiff's motion, which was granted[4] on March 16, 2026. Plaintiff filed her first amended complaint[5] on March 16, 2026, naming

---

[1] ECF No. 1.
[2] ECF Nos. 16, 17, 18.
[3] ECF No. 19.
[4] ECF No. 22.
[5] ECF No. 23.

Cvitanovich, City of Kenner, Ochsner,[6] and Taylor as defendants. Plaintiff's amended complaint no longer names KPD, Preston, Eckert, or Conley as defendants. Considering the amended complaint, the motions to dismiss Plaintiff's initial complaint filed by Defendants Conley, KPD, Ochsner, Cvitanovich, and Eckert were denied as moot.[7]

On March 30, 2026, Defendant City of Kenner filed a motion[8] to dismiss the amended complaint, which was noticed for submission on August 5, 2026. Then, on September 16, 2026, Defendant Taylor filed a motion[9] to dismiss the amended complaint, which was noticed for submission on October 28, 2026.

Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that an opposition to a motion must be filed no later than eight days before the noticed submission date. Plaintiff has not filed a memorandum in opposition to either motion to dismiss the amended complaint. The Court notes that Plaintiff is proceeding *pro se*. Although courts construe *pro se* filings liberally, the Court still requires *pro se* parties to "abide by the rules that govern the federal courts." *E.E.O.C. v. Simbaki, Ltd.*, 767 F.3d 475, 484 (5th Cir. 2014).

Accordingly, because the motions[10] to dismiss the amended complaint filed by Defendants City of Kenner and Taylor are unopposed, and it appearing to the Court that the motions have merit,

[6] The Court has since dismissed Cvitanovich and Ochsner as defendants. *See* ECF No. 32.
[7] *Id.*
[8] ECF No. 35.
[9] ECF No. 41.
[10] ECF Nos. 35, 41.

**IT IS ORDERED** that Defendant City of Kenner's motion[11] to dismiss is **GRANTED**. Plaintiff's claims against City of Kenner are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Dr. Susan Taylor's motion[12] to dismiss is **GRANTED**. Plaintiff's claims against Taylor are hereby **DISMISSED WITHOUT PREJUDICE**.

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to Defendants' motions[13] to dismiss.

New Orleans, Louisiana, this 9th day of November, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[11] ECF No. 35.
[12] ECF No. 41.
[13] ECF Nos. 35, 41.